UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

CASE NO. 14-00679-CIV-COHN

DANA WOOTEN, Individually, and
as Next of Kin of D.R., a Minor,

    Plaintiff,

vs.

GENEVA CITY SCHOOL DISTRICT,
et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** is before the Court[1] upon the Report and Recommendation of the Magistrate Judge [DE 72] ("Report") submitted by United States Magistrate Judge Terry F. Moorer regarding Defendant, Geneva City School District's, Bill of Costs [DE 65]. The Court has reviewed the Report, and the record in this case, and is otherwise advised in the premises. The Court notes that Plaintiff did not file objections to the Report, and the deadline for doing so has passed. Upon careful consideration, the Court agrees with Judge Moorer's analysis and conclusions and adopts the Report in full.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation of the Magistrate Judge [DE 72] is **ADOPTED** in its entirety.

---

[1] Honorable James I. Cohn, Senior U.S. District Judge for the Southern District of Florida, sitting by designation.

2. Defendant Geneva City School District's Bill of Costs [DE 65] is **GRANTED**. Defendant Geneva City School District shall recover $1,726.01 in costs from Plaintiff.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of February, 2018.

*JAMES I. COHN*
United States District Judge

Copies provided to counsel of record via CM/ECF